SEALED   3:25-mj-00295

DISTRICT OF OREGON, ss:        AFFIDAVIT OF MICHAEL DEBISZ

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Michael DeBisz, being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1. I am employed as a Special Agent with the Federal Protective Service ("FPS"), assigned to the Region 1 Investigations Branch in Boston, Massachusetts. I have been an Agent with the FPS since July 2023. As part of my duties as an FPS Special Agent, I investigate general crimes. I graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program in February 2024. I have experience investigating crimes against federal employees and federal property, including threats and assaults on federal government employees.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for **ORIANA KOROL** for Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1). As set forth below, I have probable cause to believe that **ORIANA KOROL** committed the crime of Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1).

3. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, my review of records related to this investigation, communication with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a complaint and an arrest warrant, it does not set forth each fact that I or others have learned during this investigation.

**Affidavit of Michael DeBisz**

## Applicable Laws

4. 18 U.S.C. § 111(a)(1) makes it an offense to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of official duties. Persons designated in section 1114 include any officer or employee of the United States or of any agency in any branch of the United States government while such officer or employee is engaged in or on account of the performance of official duties, and any person assisting such an officer or employee in the performance of official duties. Under section 111(a), simple assault is a misdemeanor, but where the assaultive acts involve physical contact with the victim, the offense is a felony punishable by imprisonment up to eight years. Assaulting a federal officer which results in bodily injury is punishable by up to 20 years' imprisonment. The statute does not define "bodily injury," however 18 U.S.C. § 1365(h)(4) has been interpreted to define bodily injury to mean: (A) a cut, abrasion, or bruise, (B) physical pain, or (C) any other injury to the body, no matter how temporary.

## Statement of Probable Cause

### Ongoing Protests and Violence at the Portland ICE Building

5. Since about June 4, 2025, protests have occurred at the U.S. Immigration and Customs Enforcement ("ICE") Portland Field Office located at 4310 South Macadam Avenue in Portland, Oregon. During daylight hours, some of the attendees at the demonstration have harassed both ICE clients and employees by following them with cameras, making disparaging remarks and threatening statements, including stating that that they know where the target lives or that they will find the target of the harassment. After nightfall, the attendees generally become more aggressive, damaging personal and government property, and throwing items

toward federal law enforcement officers working at the building. The violence toward officers has included discharging pepper spray at officers as well as throwing rocks, trash, and bricks pulled from the ICE facility's driveway, and has sometimes included assaults of federal officers.

6. Based on video footage of the incident described here and interviews, I learned the following. On October 12, 2025, at approximately 5:00 P.M., the FPS and Customs and Border Patrol law enforcement personnel deployed outside the gates of the ICE facility to clear the vehicle entrance and a path of travel onto the roadway for vehicles to exit the ICE facility. Prior to law enforcement personnel leaving the ICE facility, a long-range-acoustic device warning was given by FPS for individuals to clear the vehicle entrance into the ICE facility. The basis for this Complaint is the assault of Adult Victim ("AV"), an FPS Inspector, by ORIANA KOROL that occurred during the course of the arrest of a different person at approximately 5:00 P.M. on October 12, 2025.

7. On October 12, 2025, at about 6:15 PM, FPS agents interviewed AV. AV told the interviewers that he had deployed from the ICE facility to clear the vehicle entrance in front of the ICE facility at approximately 5:00 PM. While attempting to physically clear the ICE facility vehicle entrance, AV observed other officers attempting to arrest a male subject. In response, AV went to assist the officers in arresting the subject. During this time, KOROL attempted to interfere with the arrest by physically trying to pull the male subject away from officers. AV pushed KOROL away and she fell to the ground. AV recalled that KOROL kicked his left leg with her right foot while she was on the ground. AV also said that when AV attempted to arrest KOROL, she locked her hands underneath her. When AV attempted to gain control of

KOROL's left hand, she bit his left arm.[1]  AV recalled feeling the pressure and teeth in his arm before he pulled his arm away from KOROL's mouth.  With the assistance of other officers, AV arrested KOROL for assaulting a federal officer, in violation of 18 U.S.C. § 111(a)(1).

8. On October 12, 2025, I reviewed Video Surveillance System ("VSS") footage of the incident that was available from the ICE facility.  One camera captured limited footage of the incident but the details are not visible.  On October 12, 2025, I conducted an open-source search of X Corp's website for footage of the incident.  I located a one minute and thirty-one second clip of the incident posted on Jorge Ventura Media's X account, using handle @VenturaReport. Based on my preliminary review of the VSS footage from the ICE facility and an interview with AV, the video clip from @VenturaReports is an accurate depiction of the incident described here.  Based on my initial review of the clip, I did not see any indicators that the video had been altered.  The video showed the following:  the initial arrest of a male subject and KOROL then trying to pull the male subject away from the FPS officers arresting him.  The video also shows that AV pushed KOROL away from the arrest of the male subject, after which she fell on the ground.  The video also shows that once KOROL was on the ground, she brought her right foot back and kicked AV's left leg (see image below).

---

[1] When first discussing the incident, AV said that it was his right arm that KOROL had bitten.  AV did not have any apparent injuries from the bite at the time I interviewed him.

**Affidavit of Michael DeBisz**                                                                 **Page  4**



Once on her stomach as AV was detaining KOROL, the video also shows KOROL's mouth around AV's right arm (see image below).



9. On October 12, 2025, at about 7:41 PM, FPS agents attempted to conduct a custodial interview of KOROL. KOROL declined to waive her Miranda Rights and participate in a custodial interview. FPS agents did not ask any questions of KOROL.

/ / /

/ / /

/ / /

**Affidavit of Michael DeBisz**                                                                                           Page 5

## Conclusion

10.     Based on the foregoing, I have probable cause to believe that ORIANA KOROL willfully committed Assault on a Federal Officer, in violation of 18 U.S.C § 111. I therefore request that the Court issue a criminal complaint and an arrest warrant for ORIANA KOROL.

11.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney Katherine A. Rykken, and the AUSA advised me that the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

## Request for Sealing

12.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested arrest warrant. I believe that sealing these documents is necessary any disclosure of the information at this time may cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

seriously jeopardize an investigation. Premature disclosure of the affidavit and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*
Michael DeBisz
Special Agent, FPS

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 4:39 pm a.m./p.m. on October 14, 2025.

*Youlee Yim You*
HONORABLE YOULEE Y. YOU
United States Magistrate Judge

Affidavit of Michael DeBisz                                                                 Page 7