SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**KATHERINE A. RYKKEN, CAB #267196**
Katherine.Rykken@usdoj.gov
**ANDREW T. HO, OSB #185047**
Andrew.Ho@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00469-IM |
| v. | **UNITED STATES' REQUEST FOR PRETRIAL DISCOVERY** |
| **ORIANA REBECCA KOROL,** | |
| **Defendant.** | |

Under Federal Rule of Criminal Procedure 16(b), the United States of America requests that defendant in the above-captioned case make the following materials available for inspection and copying on or before March 25, 2026:

1.  All books, papers, documents, data, photographs, tangible objects, or copies or portions thereof, which are in defendant's possession, custody, or control, and which defendant intends to use during defendant's case-in-chief at trial. Fed. R. Crim. P. 16(b)(1)(A).

2.  All results or reports of physical or mental examinations or scientific tests or experiments made in connection with this case, which are within defendant's possession,

custody, or control, and which defendant intends to introduce as evidence in defendant's case-in-chief at trial.  Fed R. Crim. P. 16(b)(1)(B)(i).

3. All results or reports of physical or mental examinations or scientific tests or experiments made in connection with this case which were prepared by a witness who defendant intends to call at trial, insofar as the results or reports relate to the witness' testimony.  Fed. R. Crim. P. 16(b)(1)(B)(ii).

4. Written summaries of any expert testimony defendant intends to introduce at trial, which should include a complete statement of all opinions defendant will elicit from each expert; the bases and reasons for each opinion; each expert's qualifications, including a list of all publications authored in the previous ten years; and a list of all other cases in which the witness has testified as an expert at trial or in a deposition during the last four years.  Fed. R. Crim. P. 16(b)(1)(C)(iii).

5. All statements (as defined in Fed. R. Crim. P. 26.2(f)) of any defense witness, however recorded, which relate to the subject matter of the witness's testimony.  Fed. R. Crim. P. 26.2.

/ / / /

/ / / /

/ / / /

/ / / /

Under Fed. R. Crim. P. 16(c), this is a continuing request for discovery. Therefore, if after producing the materials described herein defendant discovers any additional such material, defendant should promptly notify the government of its existence and provide the government with the opportunity to inspect and copy it.

Dated: February 25, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ Andrew T. Ho
KATHERINE A. RYKKEN, CAB #267196
ANDREW T. HO, OSB #185047
Assistant United States Attorneys