SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ANDREW T. HO, OSB #185047**
Andrew.Ho@usdoj.gov
**KATHERINE A. RYKKEN, CSB #267196**
Katherine.Rykken@usdoj.gov
Assistant United States Attorneys
1000 SW Third Ave, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **3:25-cr-00469-YY** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ORIANA REBECCA KOROL,** | |
| **Defendant.** | |

## I. INTRODUCTION

Defendant Oriana Rebecca Korol pleaded guilty to Assaulting a Federal Officer, in violation of 18 U.S.C. § 111(a)(1). The government recommends a sentence of time served followed by a one-year term of supervised release subject to the conditions recommended by the United States Probation and Pretrial Services Office (Probation) in its sentencing recommendation, and a $25 fee assessment.

## II. STATEMENT OF FACTS

Defendant admitted to the following facts in her Plea Agreement Letter (ECF No. 95 ¶ 5):

On October 12, 2025, at approximately 5:00 PM, federal officers (including the Federal Protective Service (FPS), Immigration and Customs Enforcement (ICE), and U.S. Customs and Border Patrol (CBP)) were assisting with the arrest of an adult male outside the Portland ICE facility. Adult Victim 1 (AV1) is an officer employed by FPS. AV1 was assisting with the arrest of the adult male. AV1 reasonably believed that defendant was interfering with the arrest of the adult male. After AV1 moved defendant away from the arrest of the adult male, defendant intentionally threatened the infliction of injury upon AV1 by kicking while in striking distance of AV1, and did make contact, with the apparent present ability to inflict injury and caused AV1 a reasonable apprehension of immediate bodily harm.

## III. PROCEDURAL BACKGROUND

On December 9, 2025, defendant was charged by superseding indictment on one count of Assaulting a Federal Officer. (ECF No. 25.) On May 12, 2026, a jury trial in defendant's case began. (ECF No. 65.) On May 14, 2026, the Court declared a mistrial. (ECF No. 68.) On July 23, 2026, defendant was charged by information on one count of misdemeanor Assaulting a Federal Officer and defendant pleaded guilty. (ECF Nos. 91 & 94.)

## IV. THE PRESENTENCE REPORT

On August 21, 2026, Probation disclosed the Presentence Investigation Report (PSR) to the parties and issued its Sentencing Recommendations (Rec.). With a total offense level of 11 and a criminal history category of I, Probation calculated defendant's guideline range as 8-12 months. (PSR ¶ 67.) Probation recommended a sentence of: (1) time served, (2) one year of supervised release, (3) a $4,000 fine, and (4) a $25 fee assessment. (Rec. at 1.)

## V. THE UNITED STATES' RECOMMENDED SENTENCE AND SECTION 3553(a) ANALYSIS

The government recommends a sentence of time served in this case followed by a year of supervision, subject to the conditions recommended by Probation. AV1 was outside of the ICE building in Portland, Oregon, assisting in an arrest. AV1 moved defendant away based on the reasonable belief that defendant was interfering with an arrest by federal officers. Defendant then assaulted AV1. The Court's sentence should reflect the seriousness of defendant's conduct toward a federal officer engaged in their official duties.

At the same time, defendant has already spent four days in custody following her arrest and her assault did not cause bodily injury to AV1. Further, the Court should consider defendant's history and characteristics, including that the PSR shows defendant has no prior criminal history, no pretrial violations, and steady employment. Considering all of the 3553(a) factors, a time-served sentence followed by a year of supervised release, with the geographic restriction recommended by probation, is appropriate.

## VI. CONCLUSION

For the foregoing reasons, the Court should sentence defendant to: (1) time served followed by a one-year term of supervised release, subject to the conditions of supervision recommended by Probation (Rec. at 3-5), and (2) a special fee assessment of $25.

DATED: August 26, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*<u>/s/ Andrew T. Ho</u>*
ANDREW T. HO, OSB #185047
KATHERINE A. RYKKEN, CSB #267196
Assistant United States Attorneys